# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA 7-18-17

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jose Cipriano Lozano-Escobedo, | ) | Case No. 17-8302 MJ |
| a.k.a.: Jose Cipriano, | ) | |
| (A088 666 066) | ) | |
| Defendant | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 9, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Cipriano Lozano-Escobedo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Brownsville, Texas, on or about January 12, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

_____
Complainant's signature

Rene A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 19, 2017

_____
Judge's signature

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 9, 2016, Jose Cipriano Lozano-Escobedo was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Lozano-Escobedo was examined by ICE Officer G. Burns who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On July 18, 2017, Lozano-Escobedo was released from the Arizona Department of Corrections and transferred to the Phoenix ICE office for further investigation and processing. Lozano-Escobedo was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Cipriano Lozano-Escobedo to be a citizen of Mexico and a previously deported criminal alien. Lozano-Escobedo was removed from the United States to Mexico at or near Brownsville, Texas, on or about January 12, 2012, pursuant to an order of removal issued by an immigration official. There is

1

no record of Lozano-Escobedo in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Lozano-Escobedo's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Cipriano Lozano-Escobedo was convicted of Conspiracy to Commit Robbery in Interstate Commerce, Use and Carrying a Firearm During and in Relation to a Crime of Violence, and Illegal Alien in Possession of a Firearm and Ammunition, all felony offenses, on November 2, 2009, in the United States District Court, District of Arizona. Lozano-Escobedo was sentenced to sixty (60) months' imprisonment and four (4) years' supervised release. Lozano-Escobedo's criminal history was matched to him by electronic fingerprint comparison.

5. On July 18, 2017, Jose Cipriano Lozano-Escobedo was advised of his constitutional rights. Lozano-Escobedo freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 9, 2016, Jose Cipriano Lozano-Escobedo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Brownsville, Texas, on or about January 12, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland

Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Rene A. Lopez,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 19th day of July, 2017.

_____
John Z. Boyle,
United States Magistrate Judge

3